IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., | ) |
|                  Plaintiff, | ) Case No. 16-cv-08232 |
| v. | ) |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) |
|                  Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff NBA Properties, Inc. ("NBAP" or "Plaintiff") files this Motion requesting leave to file the following documents under seal: (1) Plaintiff's Amended Complaint which identifies domain name registration information for the Defendant Domain Names and lists the Online Marketplace Accounts; (2) Schedule A attached to the Complaint and the Amended Complaint, which includes a list of the Defendant Domain Names, domain name registration information, and Online Marketplace Accounts; and (3) screenshot printouts showing the active Defendant Internet Stores and WHOIS information for the Defendant Domain Names (Exhibits 1 and 2 to the Declaration of Lisa Uriguen Armstrong). In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement and counterfeiting, false designation of origin, and violation of the Illinois Uniform Deceptive Trade Practices Act.

Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant

documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated this 22nd day of August 2016.      Respectfully submitted,

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*