PIC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| NBA PROPERTIES, INC., | ) | Case No. 16-cv-08232 |
| Plaintiff, | ) ) | **Judge James B. Zagel** |
| v. | ) ) | **Magistrate Judge Mary M. Rowland** |
| ZHANG LI, et al., | ) ) |  |
| Defendants. | ) ) ) ) |  |

### SEALED TEMPORARY RESTRAINING ORDER

THIS CAUSE being before the Court on Plaintiff NBA Properties, Inc.'s ("NBAP" or "Plaintiff") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the defendants identified on Schedule A to the Amended Complaint and attached hereto (collectively, the "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety.

This Court further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents

can purchase products bearing counterfeit versions of the Plaintiff's Trademarks (a list of which

is included in the chart below).

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,833,902 | NBA | For: clothing, namely, hosiery, footwear, sweat shirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, belts, ties, nightshirts, hats, warm-up suits, jackets, parkas, coats, cloth bibs, head bands and wrist bands in class 025. |
| 2,183,983 | NATIONAL BASKETBALL ASSOCIATION | For: clothing, namely, hosiery, footwear, t-shirts, sweatshirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, warm-up suits, jackets, parkas, coats, cloth bibs, head bands, wrist bands, aprons, boxer shorts, slacks, caps, ear muffs and gloves in class 025. |
| 2,157,039 |  | For: clothing, namely, hosiery, footwear, sweat shirts, sweatpants, pants, tank tops, jersey, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, warm-up suits, parkas, coats, cloth bibs, head bands and wrist bands in class 025. |
| 1,525,782 |  | For: hosiery, footwear, t-shirts, sweat shirts, tank tops, pajamas, sport shirts, belts, nightshirts, stocking caps, warm-up or jogging suits, jackets, bibs, head bands and wrist bands in class 025.<br><br>For: entertainment services, namely, organizing and conducting basketball exhibitions in class 041. |
| 2,079,493 |  | For: clothing, namely, hosiery, footwear, sweat shirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, warm-up suits, parkas, coats, cloth bibs, head bands and wrist bands in class 025. |

| | | For: clothing, namely hosiery, footwear, t-shirts, sweat shirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, warm-up suits, jackets, parkas, coats, cloth bibs, head bands, wrist bands, aprons, boxer shorts, slacks, caps, ear muffs, and gloves in class 025. |
|---|---|---|
| 1,966,924 | | |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Ayala Deutsch (paragraphs 12-17), and the Declaration of Justin R. Gaudio in support of Plaintiff's Motion for Temporary Restraining Order [12] (paragraphs 5-9), and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including PayPal accounts, to offshore accounts. *Id.* As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1.    Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

      a.  using Plaintiff's Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Plaintiff's Genuine

3

Product or not authorized by Plaintiff to be sold in connection with Plaintiff's Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as Plaintiff's Genuine Product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing Plaintiff's Trademarks and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff's Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

a. unlock and change the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court; or

4

b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Plaintiff's selection so that the Defendant Domain Names can be redirected or disabled until further ordered by this Court.

4. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them,

including all known contact information, including any and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c.  Defendants' websites and/or any Online Marketplace Accounts;

d.  the Defendant Domain Names or any domain name registered by Defendants; and

e.  any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.  Entry of an Order that, upon Plaintiff's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall:

a.  disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the Plaintiff's Trademarks;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

6. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A to the Amended Complaint and attached hereto, the e-mail addresses identified in Exhibits 1 and 2 to the Declaration of Lisa Uriguen Armstrong, and any e-mail addresses provided for Defendants by Third Party Providers; and

b. restrain and enjoin any such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant

documents on a website to which the Defendant Domain Names which are transferred to Plaintiff's control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 1 and 2 to the Declaration of Lisa Uriguen Armstrong and any e-mail addresses provided for Defendants by Third Party Providers that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "Zhang Li and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.    Plaintiff's Amended Complaint [9] and Exhibit 1 thereto [9-1], Schedule A to the Complaint [8] and the Amended Complaint [9-2], Exhibits 1 and 2 to the Declaration of Lisa Uriguen Armstrong [15, 16, 17, 18, 19, 20, 21, 22, 23], and this Order shall remain sealed until further ordered by this Court.

10.   Plaintiff shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11.   Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

12.    This Temporary Restraining Order without notice is entered at __10__ A.M. on August __25__, 2016, and shall remain in effect for fourteen (14) days.

_____
U.S. District Court Judge James B. Zagel

9

NBA Properties, Inc. v. Zhang Li, et al. - Case No. 16-cv-08232

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zhang li | 2 | Zhong Li Hong |
| 3 | zhixuan li | 4 | zhibin yu |
| 5 | zheng hui | 6 | zhangli zhangli |
| 7 | zhang yiyi | 8 | yu xixi |
| 9 | yu xixi (2) | 10 | yu xixi |
| 11 | yu xixi (2) | 12 | Yu Su Pan |
| 13 | YONGLONG KE | 14 | yanglin |
| 15 | Yang Yan Ping | 16 | Ya Li Liu |
| 17 | xinqian Rhys | 18 | xinqian Rhys (2) |
| 19 | Xin Chen | 20 | xiao jing |
| 21 | xiangsheng lin | 22 | Wang MeiLi |
| 23 | vipshopgoods.com | 24 | Vesta Gross |
| 25 | Vera Lance | 26 | Vaynagiy Larisa |
| 27 | upjerseys.cc | 28 | Troy Gillit |
| 29 | Trani Johanna | 30 | tobias beckenbauer |
| 31 | Sun HaiYan | 32 | Stone Emma |
| 33 | siewlo siewlo | 34 | shu wingai |
| 35 | Sheng Chen | 36 | Shen Jianfeng |
| 37 | Shawn Storie | 38 | shanks irena |
| 39 | Sean Jones | 40 | Salejerseys.ca |
| 41 | sad dsa | 42 | Ryan Conley |
| 43 | ruan xiaying | 44 | Robert Alin |
| 45 | Rick Vasquez | 46 | Registration Private |
| 47 | Qiang Yang | 48 | pike steve |
| 49 | Perez Margie | 50 | Patricia Casey |
| 51 | ou jiawen | 52 | oksdi oksdi |
| 53 | Ndiaye therese | 54 | nbawarriors.com |
| 55 | nbateamjerseystore.com | 56 | nbashopgo.com |
| 57 | Nbashop.ca | 58 | nbajerseystopvip.com |
| 59 | nbajerseys-sale.com | 60 | nbajerseysonsale.com |
| 61 | nbajerseyshop.co | 62 | nbajerseysfans.com |
| 63 | nbajerseysauthentic.com | 64 | nbajerseysales.com |
| 65 | nbajerseymaker.com | 66 | nbajerseybest.com |
| 67 | nbaistore.com | 68 | nbaishop.com |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 69 | nbaherojersey.com | 70 | nbaforstore.com |
| 71 | nbafanonlinestore.com | 72 | nba-fanatics.com |
| 73 | nbabuystore.com | 74 | mingzhen li |
| 75 | miles valerie | 76 | Mei Xu |
| 77 | mei chun lin | 78 | mba2010p4 mba2010p4 |
| 79 | Mathew Becker | 80 | Marie Lowes |
| 81 | Lv Jian | 82 | luoyiyi |
| 83 | lujie | 84 | Liu Sheng Yu |
| 85 | lin zhiqiang | 86 | lin yang |
| 87 | Li YongSheng | 88 | li taibai |
| 89 | li pinglong | 90 | li chen |
| 91 | li chen (2) | 92 | Lan Jing |
| 93 | Kay Cole | 94 | jsiw jsiw |
| 95 | jsiemm jsiemm | 96 | Joseph Kerr |
| 97 | jian qing huang | 98 | jerseyfornba.com |
| 99 | jersey4nba.com | 100 | Jersey-2016.eu |
| 101 | Jake Brown | 102 | HuangGuoRong |
| 103 | huang hui | 104 | Hua Dai |
| 105 | hu qing | 106 | he yaolong |
| 107 | haiboxu | 108 | Guo Wei Ding |
| 109 | Grable Norma | 110 | Gonzalez Lopez Monica |
| 111 | Geri Atkins | 112 | fei yan |
| 113 | fdwe fdwe | 114 | fdiwo fdwoe |
| 115 | fdisf fdisf | 116 | FanCheng Chen |
| 117 | Dustin Hale | 118 | Domain Admin |
| 119 | discountnbajersey.com | 120 | David Wilk |
| 121 | Dan Thurston | 122 | Dan Rhys |
| 123 | da qiu | 124 | Christopher Parry |
| 125 | chinafactoryjerseys.com | 126 | chenwenxiang |
| 127 | chen sen | 128 | Chen Hai |
| 129 | cheapnba.info | 130 | bryan amaral |
| 131 | Brittany Kramer | 132 | boda |
| 133 | Bing Jian Lin | 134 | atlantahawksjerseys.com |
| 135 | Aric Prater | 136 | anshi wang |
| 137 | Anderson Carmel | 138 | 86cheapjerseys.cc |
| 139 | 0.78313 | 140 | 847200 |
| 141 | 1686177 | 142 | 3505150 |
| 143 | 6184018 | 144 | 7581305 |
| 145 | 005shop | 146 | 05-swuq9d |
| 147 | 1-96428 | 148 | 1cn6966 |

11

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 149 | 2hk2731 | 150 | 2lom646 |
| 151 | 3_cn206 | 152 | 3cn5918 |
| 153 | 4-67308 | 154 | 4cn3894 |
| 155 | 4hk3941 | 156 | 4munies_no1 |
| 157 | 5_00806 | 158 | 5-hk306 |
| 159 | 5-hk603 | 160 | 6_33319 |
| 161 | 7cn5451 | 162 | 7hk_eqm0clb |
| 163 | 88qwer | 164 | 9_cn848 |
| 165 | 9cn3450 | 166 | aa12ad |
| 167 | andyandleslie917 | 168 | anhaiyang2014 |
| 169 | anime0070 | 170 | antique5566 |
| 171 | anyan2 | 172 | armstry |
| 173 | b2016e | 174 | b2cbuy |
| 175 | become-friend | 176 | besure2015 |
| 177 | candcstore2014 | 178 | changxiuju |
| 179 | chensanpao636-1 | 180 | chuacn7 |
| 181 | chuichui930 | 182 | chunyba-0 |
| 183 | cn_0708 | 184 | cn2.of8y9kx7 |
| 185 | cn-bingh | 186 | coolest2016 |
| 187 | coolzone89 | 188 | crazyunitstore |
| 189 | dafudagui518 | 190 | dalihu0 |
| 191 | dance13147 | 192 | dapzwo |
| 193 | dingling1122_1 | 194 | dornadaving |
| 195 | dudubufei | 196 | eoue1889 |
| 197 | ezwp | 198 | Fashion Hostess Department Store Ltd. |
| 199 | fashiongoods13 | 200 | feixiang8818 |
| 201 | Fitness Park | 202 | flashsaleltd |
| 203 | foreverjia | 204 | foreverstore-168 |
| 205 | fpbw8895 | 206 | frozenseason5 |
| 207 | futangbu29 | 208 | fyin2011 |
| 209 | gan5-9694 | 210 | gonganjiedaigz_5 |
| 211 | guusla23106 | 212 | haopengyou9999 |
| 213 | hfshou1978 | 214 | hggu6116 |
| 215 | hk_9520 | 216 | hk4-q64fsicj |
| 217 | honghongnew1 | 218 | hongxh5 |
| 219 | houniandaji666 | 220 | huangkl0254 |
| 221 | huguixiang_1966 | 222 | ijsdfu85 |
| 223 | imnq9027 | 224 | infinijewelry |
| 225 | jamesjzp0 | 226 | jcce7593 |
| 227 | jduq1519 | 228 | jerseys2000 |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 229 | jia_118 | 230 | jiangbo20160120-8 |
| 231 | jihaihuang12 | 232 | jiius81 |
| 233 | jilada0 | 234 | jing9533 |
| 235 | jiqingh58 | 236 | kbay2090 |
| 237 | keaixiaoxiaobenzhu | 238 | kenzosheep |
| 239 | keung801 | 240 | kissaccessory |
| 241 | leijinglian20102010 | 242 | leili1313 |
| 243 | lia5333 | 244 | lihu1800 |
| 245 | linlvjunfashion | 246 | lixizhong195714 |
| 247 | llc410075009_9 | 248 | llqd7766 |
| 249 | longjimao8524 | 250 | love-love-365 |
| 251 | lucky88kiss2013 | 252 | meilifang-wig |
| 253 | mfrw8295 | 254 | miaolx1206-2 |
| 255 | mono66 | 256 | mycustomers-521 |
| 257 | nevrvs | 258 | nice_51 |
| 259 | niceday2016 | 260 | nicetele |
| 261 | nikenike168 | 262 | njlc4420 |
| 263 | Nobility baby fashion store | 264 | npfa8991 |
| 265 | pandoracos | 266 | peishejue579_7 |
| 267 | phetosin | 268 | pl_zone |
| 269 | qiaoxingen20163 | 270 | renchengs |
| 271 | repeaterbay | 272 | rgn7929584 |
| 273 | sager888 | 274 | shishitongshun1969 |
| 275 | smartshop088 | 276 | snsnry |
| 277 | springwangying_8 | 278 | striveshopping |
| 279 | t89278 | 280 | tccde2013 |
| 281 | tccde2016 | 282 | tfbi8860 |
| 283 | tgxr6604 | 284 | thinkprice365 |
| 285 | tinwater | 286 | top.seller_888 |
| 287 | top_cathay888 | 288 | top_dress888 |
| 289 | toponline007 | 290 | topweide |
| 291 | tuzaizi10584 | 292 | tv_box2016 |
| 293 | two2016ok | 294 | tzongyan7 |
| 295 | uisaduas38 | 296 | us_cathay2016 |
| 297 | vdia4654 | 298 | vhjnfhjkhj3697 |
| 299 | voicell | 300 | wan8_egnfn4oye |
| 301 | wangpeng4you | 302 | wangzhenhua147258 |
| 303 | wanliwuyuntian | 304 | wanxiu18 |
| 305 | wecan588 | 306 | wendaoshiye |
| 307 | wenlong2253-6 | 308 | wlij8741 |

13

| No. | Defendant Name / Alias |
|-----|------------------------|
| 309 | wuguowei1978 |
| 311 | xiangpoduo455_2 |
| 313 | xionzhaoy-ginca3i |
| 315 | xujianwei78900 |
| 317 | yangenliang |
| 319 | yangqinyqv5 |
| 321 | yhsfc999 |
| 323 | yualing |
| 325 | zanhk2015 |
| 327 | zhang16688 |
| 329 | zhi2016 |
| 331 | zhimili_0 |
| 333 | zhu200ying |

| No. | Defendant Name / Alias |
|-----|------------------------|
| 310 | xbalmainworldx |
| 312 | xiaomeng2019 |
| 314 | xnofund |
| 316 | xuyang1245 |
| 318 | yangleilei1376 |
| 320 | yantang1988 |
| 322 | yinchun910 |
| 324 | yyanzi888 |
| 326 | zbxiaobobo6679 |
| 328 | zhangsportswear88 |
| 330 | zhikad-0 |
| 332 | zhouzhihuav5 |
| | |

| No. | Defendant Marketplace URL |
|-----|---------------------------|
| 1 | ebay.com/usr/0.78313 |
| 3 | ebay.com/usr/1686177 |
| 5 | ebay.com/usr/6184018 |
| 7 | ebay.com/usr/005shop |
| 9 | ebay.com/usr/1-96428 |
| 11 | ebay.com/usr/2hk2731 |
| 13 | ebay.com/usr/3_cn206 |
| 15 | ebay.com/usr/4-67308 |
| 17 | ebay.com/usr/4hk3941 |
| 19 | ebay.com/usr/5_00806 |
| 21 | ebay.com/usr/5-hk603 |
| 23 | ebay.com/usr/7cn5451 |
| 25 | ebay.com/usr/88qwer |
| 27 | ebay.com/usr/9cn3450 |
| 29 | ebay.com/usr/andyandleslie917 |
| 31 | ebay.com/usr/anime0070 |
| 33 | ebay.com/usr/anyan2 |
| 35 | ebay.com/usr/b2016e |
| 37 | ebay.com/usr/become-friend |
| 39 | ebay.com/usr/candcstore2014 |
| 41 | ebay.com/usr/chensanpao636-1 |
| 43 | ebay.com/usr/chuichui930 |

| No. | Defendant Marketplace URL |
|-----|---------------------------|
| 2 | ebay.com/usr/0847200 |
| 4 | ebay.com/usr/3505150 |
| 6 | ebay.com/usr/7581305 |
| 8 | ebay.com/usr/05-swuq9d |
| 10 | ebay.com/usr/1cn6966 |
| 12 | ebay.com/usr/2lom646 |
| 14 | ebay.com/usr/3cn5918 |
| 16 | ebay.com/usr/4cn3894 |
| 18 | ebay.com/usr/4munies_no1 |
| 20 | ebay.com/usr/5-hk306 |
| 22 | ebay.com/usr/6_33319 |
| 24 | ebay.com/usr/7hk_eqm0clb |
| 26 | ebay.com/usr/9_cn848 |
| 28 | ebay.com/usr/aa12ad |
| 30 | ebay.com/usr/anhaiyang2014 |
| 32 | ebay.com/usr/antique5566 |
| 34 | ebay.com/usr/armstry |
| 36 | ebay.com/usr/b2cbuy |
| 38 | ebay.com/usr/besure2015 |
| 40 | ebay.com/usr/changxiuju |
| 42 | ebay.com/usr/chuacn7 |
| 44 | ebay.com/usr/chunyba-0 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 45 | ebay.com/usr/cn_0708 | 46 | ebay.com/usr/cn2.of8y9kx7 |
| 47 | ebay.com/usr/cn-bingh | 48 | ebay.com/usr/coolest2016 |
| 49 | ioffer.com/selling/topsellermo | 50 | ebay.com/usr/crazyunitstore |
| 51 | ebay.com/usr/dafudagui518 | 52 | ebay.com/usr/dalihu0 |
| 53 | ebay.com/usr/dance13147 | 54 | ebay.com/usr/dapzwo |
| 55 | ebay.com/usr/dingling1122_1 | 56 | ebay.com/usr/dornadaving |
| 57 | ebay.com/usr/dudubufei | 58 | ebay.com/usr/eoue1889 |
| 59 | ebay.com/usr/ezwp | 60 | aliexpress.com/store/1968378 |
| 61 | ebay.com/usr/fashiongoods13 | 62 | ebay.com/usr/feixiang8818 |
| 63 | aliexpress.com/store/1708836 | 64 | ebay.com/usr/flashsaleltd |
| 65 | ebay.com/usr/foreverjia | 66 | ebay.com/usr/foreverstore-168 |
| 67 | ebay.com/usr/fpbw8895 | 68 | ebay.com/usr/frozenseason5 |
| 69 | ebay.com/usr/futangbu29 | 70 | ebay.com/usr/fyin2011 |
| 71 | ebay.com/usr/gan5-9694 | 72 | ebay.com/usr/gonganjiedaigz_5 |
| 73 | ebay.com/usr/guusla23106 | 74 | ebay.com/usr/haopengyou9999 |
| 75 | ebay.com/usr/hfshou1978 | 76 | ebay.com/usr/hggu6116 |
| 77 | ebay.com/usr/hk_9520 | 78 | ebay.com/usr/hk4-q64fsicj |
| 79 | ebay.com/usr/honghongnew1 | 80 | ebay.com/usr/hongxh5 |
| 81 | ebay.com/usr/houniandaji666 | 82 | ebay.com/usr/huangkl0254 |
| 83 | ebay.com/usr/huguixiang_1966 | 84 | ebay.com/usr/ijsdfu85 |
| 85 | ebay.com/usr/imnq9027 | 86 | ebay.com/usr/infinijewelry |
| 87 | ebay.com/usr/jamesjzp0 | 88 | ebay.com/usr/jcce7593 |
| 89 | ebay.com/usr/jduq1519 | 90 | ebay.com/usr/jerseys2000 |
| 91 | ebay.com/usr/jia*118 | 92 | ebay.com/usr/jiangbo20160120-8 |
| 93 | ebay.com/usr/jihaihuang12 | 94 | ebay.com/usr/jiius81 |
| 95 | ebay.com/usr/jilada0 | 96 | ebay.com/usr/jing9533 |
| 97 | ebay.com/usr/jiqingh58 | 98 | ebay.com/usr/kbay2090 |
| 99 | ebay.com/usr/keaixiaoxiaobenzhu | 100 | ebay.com/usr/kenzosheep |
| 101 | ebay.com/usr/keung801 | 102 | ebay.com/usr/kissaccessory |
| 103 | ebay.com/usr/leijinglian20102010 | 104 | ebay.com/usr/leili1313 |
| 105 | ebay.com/usr/lia5333 | 106 | ebay.com/usr/lihu1800 |
| 107 | ebay.com/usr/linlvjunfashion | 108 | ebay.com/usr/lixizhong195714 |
| 109 | ebay.com/usr/llc410075009_9 | 110 | ebay.com/usr/llqd7766 |
| 111 | ebay.com/usr/longjimao8524 | 112 | ebay.com/usr/love-love-365 |
| 113 | ebay.com/usr/lucky88kiss2013 | 114 | ebay.com/usr/meilifang-wig |
| 115 | ebay.com/usr/mfrw8295 | 116 | ebay.com/usr/miaolx1206-2 |
| 117 | ebay.com/usr/mono66 | 118 | ebay.com/usr/mycustomers-521 |
| 119 | ebay.com/usr/nevrvs | 120 | ebay.com/usr/nice_51 |
| 121 | ebay.com/usr/niceday2016 | 122 | ebay.com/usr/nicetele |
| 123 | ebay.com/usr/nikenike168 | 124 | ebay.com/usr/njlc4420 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|-----|---------------------------|-----|---------------------------|
| 125 | aliexpress.com/store/1361256 | 126 | ebay.com/usr/npfa8991 |
| 127 | ebay.com/usr/pandoracos | 128 | ebay.com/usr/peishejue579_7 |
| 129 | ebay.com/usr/phetosin | 130 | ebay.com/usr/pl_zone |
| 131 | ebay.com/usr/qiaoxingen20163 | 132 | ebay.com/usr/renchengs |
| 133 | ebay.com/usr/repeaterbay | 134 | ebay.com/usr/rgn7929584 |
| 135 | ebay.com/usr/sager888 | 136 | ebay.com/usr/shishitongshun1969 |
| 137 | ebay.com/usr/smartshop088 | 138 | ebay.com/usr/snsnry |
| 139 | ebay.com/usr/springwangying_8 | 140 | ebay.com/usr/striveshopping |
| 141 | ebay.com/usr/t89278 | 142 | ebay.com/usr/tccde2013 |
| 143 | ebay.com/usr/tccde2016 | 144 | ebay.com/usr/tfbi8860 |
| 145 | ebay.com/usr/tgxr6604 | 146 | ebay.com/usr/thinkprice365 |
| 147 | ebay.com/usr/tinwater | 148 | ebay.com/usr/top.seller*888 |
| 149 | ebay.com/usr/top_cathay888 | 150 | ebay.com/usr/top_dress888 |
| 151 | ebay.com/usr/toponline007 | 152 | ebay.com/usr/topweide |
| 153 | ebay.com/usr/tuzaizi10584 | 154 | ebay.com/usr/tv_box2016 |
| 155 | ebay.com/usr/two2016ok | 156 | ebay.com/usr/tzongyan7 |
| 157 | ebay.com/usr/uisaduas38 | 158 | ebay.com/usr/us_cathay2016 |
| 159 | ebay.com/usr/vdia4654 | 160 | ebay.com/usr/vhjnfhjkhj3697 |
| 161 | ebay.com/usr/voicell | 162 | ebay.com/usr/wan8_egnfn4oye |
| 163 | ebay.com/usr/wangpeng4you | 164 | ebay.com/usr/wangzhenhua147258 |
| 165 | ebay.com/usr/wanliwuyuntian | 166 | ebay.com/usr/wanxiu18 |
| 167 | ebay.com/usr/wecan588 | 168 | ebay.com/usr/wendaoshiye |
| 169 | ebay.com/usr/wenlong2253-6 | 170 | ebay.com/usr/wlij8741 |
| 171 | ebay.com/usr/wuguowei1978 | 172 | ebay.com/usr/xbalmainworldx |
| 173 | ebay.com/usr/xiangpoduo455_2 | 174 | ebay.com/usr/xiaomeng2019 |
| 175 | ebay.com/usr/xionzhaoy-ginca3i | 176 | ebay.com/usr/xnofund |
| 177 | ebay.com/usr/xujianwei78900 | 178 | ebay.com/usr/xuyang1245 |
| 179 | ebay.com/usr/yangenliang | 180 | ebay.com/usr/yangleilei1376 |
| 181 | ebay.com/usr/yangqinyqv5 | 182 | ebay.com/usr/yantang1988 |
| 183 | ebay.com/usr/yhsfc999 | 184 | ebay.com/usr/yinchun910 |
| 185 | ebay.com/usr/yualing | 186 | ebay.com/usr/yyanzi888 |
| 187 | ebay.com/usr/zanhk2015 | 188 | ebay.com/usr/zbxiaobobo6679 |
| 189 | ebay.com/usr/zhang16688 | 190 | ebay.com/usr/zhangsportswear88 |
| 191 | ebay.com/usr/zhi2016 | 192 | ebay.com/usr/zhikad-0 |
| 193 | ebay.com/usr/zhimili_0 | 194 | ebay.com/usr/zhouzhihuav5 |
| 195 | ebay.com/usr/zhu200ying | | |

16

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | nbajerseypop.com | 2 | nbaherosjersey.com |
| 3 | vipsbestshop.com | 4 | nbaprostore.com |
| 5 | nbajerseystore.biz | 6 | nbasketonline.com |
| 7 | nbajerseysallstar.com | 8 | nbafmvp.com |
| 9 | nflvipcase.com | 10 | nbafanjerseys.top |
| 11 | nbafanjerseys.biz | 12 | nbastore.xyz |
| 13 | nbajerseyshop.xyz | 14 | nbastore.pro |
| 15 | nbasketstores.com | 16 | livejerseys.name |
| 17 | nbausa.top | 18 | nbacybershop.top |
| 19 | nbasketjerseys.com | 20 | basketballtrikotsnba2016.com |
| 21 | nbajerseyoutlet.com | 22 | jerseycheapsale.com |
| 23 | nbasketoutlet.com | 24 | nbajerseyshops.com |
| 25 | nfljerseys-cheap.top | 26 | hotnbajersey.com |
| 27 | vipshopgoods.com | 28 | nbafansshop.us |
| 29 | officialbullssite.com | 30 | basketballapparels.com |
| 31 | upjerseys.cc | 32 | official76ersshop.com |
| 33 | nbajerseys2016.com | 34 | divisebasketnba.top |
| 35 | completibasketnba.top | 36 | newyorkknicksjersey.org |
| 37 | maillotdenba2016.com | 38 | nbafanjersey.com |
| 39 | nbashop2016.com | 40 | basebaldiscount.com |
| 41 | basketsmalls.com | 42 | nbasketshop.com |
| 43 | officialraptorsstore.com | 44 | nbajerseys-wholesale.us.com |
| 45 | newcustomjerseys.com | 46 | salejerseys.ca |
| 47 | goshopjersey.com | 48 | nbashoponlines.com |
| 49 | cheapjerseys101.com | 50 | jerseysorders.com |
| 51 | meksyk.us | 52 | cheapjerseysnbashop.com |
| 53 | topkickz.net | 54 | nbastoreofficial.com |
| 55 | bullsfanzz.com | 56 | officialhornetsstore.com |
| 57 | authenticcelticsstore.com | 58 | superibericarugby.com |
| 59 | apersonalgeek.com | 60 | hotnbajerseys.com |
| 61 | nbajerseyuszon.com | 62 | nbawarriors.com |
| 63 | nbateamjerseystore.com | 64 | nbashopgo.com |
| 65 | nbashop.ca | 66 | nbajerseystopvip.com |
| 67 | nbajerseys-sale.com | 68 | nbajerseysonsale.com |
| 69 | nbajerseyshop.co | 70 | nbajerseysfans.com |
| 71 | nbajerseysauthentic.com | 72 | nbajerseysales.com |
| 73 | nbajerseymaker.com | 74 | nbajerseybest.com |
| 75 | nbaistore.com | 76 | nbaishop.com |
| 77 | nbaherojersey.com | 78 | nbaforstore.com |
| 79 | nbafanonlinestore.com | 80 | nba-fanatics.com |

17

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 81 | nbabuystore.com | 82 | nbajersey.org |
| 83 | bucksofficialshop.com | 84 | nbasketsdiscount.com |
| 85 | nbateamsstore.com | 86 | nbathrowbackjersey.bold-ibs.com |
| 87 | warriorsfansshop.us | 88 | thunderjerseystore.com |
| 89 | lookingordering.cc | 90 | nbajersey.online |
| 91 | superbowlclub.com | 92 | ajerseycloset.com |
| 93 | steelersjerseys.us | 94 | ravensjerseys.us |
| 95 | nbauseu.com | 96 | nbauaa.com |
| 97 | elevenfootball.co | 98 | buy-footballjersey.com |
| 99 | camisetasdebaloncestobaratas.com | 100 | 2016nbacanotte.com |
| 101 | maillot-basket.com | 102 | nbajersey.us.com |
| 103 | officialnbastore.us | 104 | nbavip.us |
| 105 | nbafanseshop.com | 106 | nbafaneshop.com |
| 107 | nbajerseyvipsale.com | 108 | nbajerseyfans.com |
| 109 | nbajerseyvip.com | 110 | nbajerseyvipstore.com |
| 111 | nbajerseystores.com | 112 | jerseyfornba.com |
| 113 | jersey4nba.com | 114 | jersey-2016.eu |
| 115 | nbajerseysell.com | 116 | nbajerseyshopcart.com |
| 117 | jordanshoes.top | 118 | jumpman.top |
| 119 | nflonline.cc | 120 | joyjerseys.cc |
| 121 | canottenbapocoprezzo.com | 122 | camisetanba2016.com |
| 123 | magliebasket.net | 124 | nbafashionjerseys.com |
| 125 | nbasketsoutlet.com | 126 | nbacelticsjerseysonline.com |
| 127 | zapatosportivas.com | 128 | camisetasnbabarata.net |
| 129 | nflus.co | 130 | nbahotjerseys.com |
| 131 | nbavipshop.com | 132 | nbajerseyseoutlet.com |
| 133 | pharonline.com | 134 | authenticbullsstore.com |
| 135 | warriorsfanstore.com | 136 | discountnbajersey.com |
| 137 | airjordanclub23.com | 138 | magliabasketnba.com |
| 139 | 2016fanshop.com | 140 | nbajerseyclub.com |
| 141 | shayanitalia.co.uk | 142 | chinafactoryjerseys.com |
| 143 | nbastores.net | 144 | nbashop.xyz |
| 145 | shop-nba.xyz | 146 | nfljerseysme.site |
| 147 | cheapnba.info | 148 | nbafansjersey.com |
| 149 | jerseynbashop.com | 150 | officialwarriorsteamstore.com |
| 151 | topjerseysclub.com | 152 | nbagoodsstore.com |
| 153 | atlantahawksjerseys.com | 154 | authenticmagicstore.com |
| 155 | newclos.com | 156 | nbajazzofficial.com |
| 157 | 86cheapjerseys.cc | | |